**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2435**

———————

In Re:   ALLAN J. CULVER, JR.,

                                                    Debtor.

———————————————

ALLAN JAMES CULVER, JR.

                                        Debtor - Appellant,

          versus

GMAC,

                                        Creditor - Appellee,

F.  VERNON  BOOZER;  EDWARD  C.  COVAHEY,  JR.;
THOMAS P. DORE; ROGER J. SULLIVAN; GEORGE W.
LIEBMANN,

                                        Trustees - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
02-3071-CCB, BK-99-57676)

———————

Submitted:  April 21, 2003          Decided:  May 1, 2003

———————

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Allan James Culver, Jr., Appellant Pro Se.  Douglas Windsor Biser, MUDD, HARRISON & BURCH, Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allan James Culver, Jr., appeals from the district court's order affirming the bankruptcy court's order denying his request to set aside a foreclosure sale.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons set forth by the district court. See Culver v. Boozer, Nos. CA-02-3071-CCB; BK-99-57676 (D. Md. Nov. 18, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED